# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

LABORERS' PENSION FUND AND LABORERS'
WELFARE FUND OF THE HEALTH AND
WELFARE DEPARTMENT, ETC., ET AL.,

V.

SANFRANTELLO MASONRY, INC.
an Illinois corporation

CASE NUMBER: **08 C 1282**

ASSIGNED JUDGE: **JUDGE LEINENWEBER**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE CO**

TO: (Name and address of Defendant)

Sanfratello Masonry, Inc.
c/o Anthony Calandriello
200 W. Adams, Ste 2425
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T. Wallace, Jerrod Olszewski
Christina Krivanek, Amy N. Carollo, Charles Ingrassia
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

-----------------------------------
(By) DEPUTY CLERK

**March 4, 2008**
-----------------------------------
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LABORERS' PENTION FUND AND LABORERS' WELFARE FUND OF
THE HEALTH AND WELFARE DEPARTMENT, ETC., ET AL.

PLAINTIFF(S)

Case No.
08C1282

vs.

SANFRATELLO MASONRY, INC.

AFFIDAVIT OF SERVICE OF:
SUMMONS & COMPLAINT

DEFENDANT(S)

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Mar 06, 2008**, at **12:05 PM**, I served the above described documents upon **SANFRATELLO MASONRY, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **MARIA ALVAREZ / LEGAL ASSISTANT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **200 W ADAMS ST., STE 2425, CHICAGO, IL 60606.**

**DESCRIPTION:**  Gender: **F**  Race: **HISPANIC**  Age: **27**  Hgt: **5'4"**  Wgt: **150**  Hair: **BLACK**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

**Robert D Fairbanks**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 6th day of March, 2008

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

CLIENT NAME:
**Laborers Pension and Welfare Funds***
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
36966