IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LABORERS' PENSION FUND and
LABORERS' WELFARE FUND OF THE
HEALTH AND WELFARE DEPARTMENT
OF THE CONSTRUCTION AND GENERAL
LABORERS' DISTRICT COUNCIL OF
CHICAGO AND VICINITY, and JAMES S.
JORGENSEN, Administrator of the Funds,

                         Plaintiffs,

    v.

SANFRATELLO MASONRY, INC.,
an Illinois corporation,

                        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 08 C 1282

Judge Leineneweber

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds, by and through their attorney, Christina Krivanek, and hereby file this Notice of Voluntary Dismissal dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Date: April 14, 2008

Respectfully submitted,
Laborers' Pension Fund, et al.

By:    /s/ Christina Krivanek

Christina Krivanek
Office of Fund Counsel
Laborers' Pension and Welfare Funds
111 West Jackson, Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE

The undersigned attorney of record certifies that he caused a copy of this Notice of Voluntary Dismissal to be served upon the addressee(s) listed below via U.S. Mail this 14th day of April, 2008.


Sanfratello Masonry Inc.
c/o Matteo Sanfratello
7408 N Milwaukee Ave.
Niles, IL 60714


/s/ Christina Krivanek