IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 08 C 1282 |
| v. | )<br>) Judge Leineneweber |
| SANFRATELLO MASONRY, INC., an Illinois corporation, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

## NOTICE OF FILING

TO: Sanfratello Masonry Inc.
   c/o Matteo Sanfratello
   7408 N. Milwaukee Avenue
   Niles, IL 60714

PLEASE TAKE NOTICE that on this 14th day of April, 2008 the undersigned filed with the Clerk of Court the attached *Notice of Voluntary Dismissal*, a copy of which is herewith served upon you.

April 14, 2008                                    LABORERS' PENSION FUND


                                         By:    /s/ Christina Krivanek


Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, Illinois 60604
(312) 692-1540

**PROOF OF SERVICE BY MAIL**

The undersigned certifies that on this 14th day of April, 2008 she served this notice to the above addressee(s) via U.S. Mail and Fax.

By: /s/ Christina Krivanek