# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1282 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Laborers Pension Fund, et al vs. Sanfratello Masonry, Inc. | | |

**DOCKET ENTRY TEXT**

Cause voluntarily dismissed without prejudice, by plaintiffs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|